IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LONNIE KADE WELSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAMB COUNTY, TEXAS, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:20-CV-077-C-BQ |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiff's claims should be dismissed with prejudice under 28 U.S.C. § 1915 for failure to state a claim.[1] Plaintiff filed his Objections on May 15, 2024, along with his Unsworn Declaration in Support.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an

---

[1] The Court fully considered Plaintiff's Objections to the Magistrate Judge's Report and Recommendation [ECF No. 57], filed on May 15, 2024. Thus, Plaintiff's pending Motion to Extend Time to File Objections [ECF No. 54] is denied as moot. Plaintiff's pending Motion for Docket Sheet [ECF No. 55] is likewise denied as moot.

independent review of the Magistrate Judge's findings and conclusions contained in the Report and Recommendation and finds no error. It is therefore **ORDERED** that the Report and Recommendation is hereby **ADOPTED** and the findings and conclusions contained therein are adopted as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's claims are **DISMISSED** with prejudice under 28 U.S.C. § 1915. Any and all pending motions are **DENIED** as moot.

SO ORDERED.

Dated May 27, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE